RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
Nevada State Bar No. 14655
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Kelsey Alexandra Penrod

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KELSEY ALEXANDRA PENROD, <br><br> Defendant. | Case No. 2:18-mj-607-GWF <br><br> **STIPULATION FOR DEFENDANT TO APPEAR TELEPHONICALLY** <br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Kelsey Alexandra Penrod, to have the defendant appear telephonically for her bench trial scheduled for June 12, 2019 at 9:00 am.

This Stipulation is entered into for the following reasons:

1. The defendant currently lives in Oregon, and due to the state of her finances, it will be substantially burdensome for her to travel back to Las Vegas.

2. Ms. Penrod will be accepting a proposed plea agreement and entering a plea of guilty.

DATED this 6th day of June, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Katherine A. Tanaka*<br>By_____<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-607-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| KELSEY ALEXANDRA PENROD, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that Defendant Kelsey Alexandra Penrod appear telephonically for the bench trial scheduled on June 12, 2019 at the hour of 9:00 a.m.

DATED this  7th  day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE