____FILED ____RECEIVED
____ENTERED ____SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 29 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KELSEY ALEXANDRA PENROD,

    Defendant.

Case No. 2:18-mj-607-EJY

**ORDER**

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, September 4, 2019 at 9:00 a.m., be vacated and continued to October 16, 2019 at the hour of 9:00 a.m.; or to a time and date convenient to the court.

    DATED this 29th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE