FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 1 1 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KELSEY ALEXANDRA PENROD,

    Defendant.

Case No. 2:18-mj-607-EJY

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that Defendant Kelsey Alexandra Penrod appear telephonically for the sentencing hearing scheduled on Wednesday, October 16, 2019 at the hour of 9:00 a.m.

DATED this 11th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE